IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WILLIE OLIVER,

      Petitioner,

vs.                                                    Case No.: 4:07cv280-SPM/WCS

WALTER A. MCNEIL,

      Respondent.

_____/

### ORDER

THIS CAUSE comes before the Court on the magistrate judge's report and recommendation dated October 2, 2008 (doc. 21). Petitioner has been furnished a copy and has filed objections (doc. 22) pursuant to Title 28, United States Code, Section 636(b)(1). Despite the objections, I have determined that the report and recommendation should be adopted. Petitioner's objections do nothing to undermine the magistrate judge's well-reasoned analysis of his claims. Accordingly, it is

ORDERED AND ADJUDGED:

1.     The magistrate judge's report and recommendation (doc. 21) is ADOPTED and incorporated by reference in this order.

2.      The § 2254 petition is denied.

DONE AND ORDERED this 23rd day of October, 2008.


_s/ Stephan P. Mickle_

Stephan P. Mickle
United States District Judge